## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Derrick Tate

                  Plaintiff,

v.                                             Case No.: 1:14–cv–05528

                                                       Honorable Elaine E. Bucklo

Ocwen Loan Servicing, LLC

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 1, 2015:

       MINUTE entry before the Honorable Elaine E. Bucklo: This case is dismissed with prejudice and without costs and attorney fees. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.